JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIP DVORNEKOVIC, | Case No. CV 15-5233-RSWL (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BARACK OBAMA, President of the United States of America, and JACOB LEW, United States Secretary of the Treasury, | |
| Respondent. | |

Pursuant to the Memorandum and Order Denying Petition for Declaratory Relief and Summarily Dismissing Action of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

Dated: 7/28/2015

_____
HONORABLE RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE